## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CASSONDRA BARLOW**                                               **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:24-cv-327-LG-RPM**

**GREATWIDE AMERICAN
TRANS-FREIGHT, LLC**                                          **DEFENDANT**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of April, 2025.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge